items of merchandise marked with the letter "A" were held dutiable as follows: (a) As to the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, at 20 percent under paragraph 1547(a); and (b) as to items entered, or withdrawn from warehouse, for consumption on and after May 28, 1950, at 10 percent under said paragraph 1547(a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52476).

**No. 62934.**—Bel Paese Sales Co., Inc. *v.* United States, protests 58/6475(A) and 58/10696 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 62935.**—J. J. Boll *v.* United States, protests 58/10562, 58/10563, and 58/10630 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 62936.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 58/10874 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62937.**—John French Company *v.* United States, protest 324012–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62938.**—Empacadora Trevino, S.A. *v.* United States, protests 241294–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

**No. 62939.**—Empacadora Trevino, S.A. *v.* United States, protests 241420–K, etc. (Laredo).

341

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

No. 62940.—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 58/11220 (New York).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.

No. 62941.—Rohner, Gehrig & Co., Inc. *v.* United States, protest 58/9504 (New York).

Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

MARCH 31, 1959

No. 62942.—Hudson Shipping Co., Inc. *v.* United States, protest 58/2817(B).— Plaintiff's application for rehearing granted.

MARCH 30, 1959

No. 62943.—SUIT 4967.—Stoeger Arms Corp. *v* United States.— A.R.D. 86 affirmed December 15, 1958. C.A.D. 696.

MARCH 31, 1959

No. 62944.—SUIT 4947.—United States *v.* Loffredo Bros. and Gehrig Hoban & Co., Inc.— reversed December 15, 1958. C.A.D. 697.

BEFORE THE FIRST DIVISION, APRIL 6, 1959

No. 62945.—Arnold Hoffman & Co., Incorporated *v.* United States, protests 289646–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of acrylic resin, made into partly finished articles, similar